# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>DALE CHAPPELL<br>*Defendant* | MAGISTRATE JUDGE: CATHY L. WALDOR<br><br>CASE NO. 1:24-cr-00243-KMW-1<br><br>DATE OF PROCEEDINGS: 2/20/2025<br><br>DATE OF ARREST: _____ |

**PROCEEDINGS:** Initial Appearance and Arraignment

- [X] COMPLAINT / Indictment
- [X] ADVISED OF RIGHTS
- [ ] ORDER OF DETENTION
- [ ] APPT. OF COUNSEL: [ ] AFPD  [ ] CJA
- [ ] PRELIMINARY HEARING WAIVED ON THE RECORD
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [X] PLEA ENTERED: [ ] GUILTY  [X] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED
- [ ] OTHER: _____

- [ ] TEMPORARY COMMITMENT
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [X] BAIL SET: $10,000,000
  - [ ] UNSECURED BOND
  - [X] SURETY BOND SECURED BY CASH/PROPERTY
- [X] TRAVEL RESTRICTED NJ, NY (Attorney visits only) and Colorado
- [X] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [X] SURRENDER AND/OR OBTAIN NO PASSPORT
- [X] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL: [ ] COURT [ ] JURY
- [ ] SENTENCING
- [ ] OTHER: _____

DATE: _____
DATE: _____
DATE: _____
DATE: _____
DATE: _____

**APPEARANCES:**

AUSA: KATHERINE ROMANO

DEFT. COUNSEL: THOMAS MCKAY

PROBATION: _____

INTERPRETER _____
Language: _____

TIME COMMENCED: 3:59 p.m.
TIME TERMINATED: 4:08 p.m.
CD NO: ECR

Querube Abreu
DEPUTY CLERK