# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN

**DATE:** January 15, 2026

**JUDGE KAREN M. WILLIAMS**

**COURT REPORTER:** Sherri Benson

**TITLE OF CASE:**

**DOCKET NO.:** 24-cr-243-KMW

UNITED STATES OF AMERICA

VS.

DALE CHAPPELL

<u>DEFENDANT PRESENT BY TELEPHONE</u>

**APPEARANCES:**

JASON RICHARDSON and DAVID AUSTIN - AUSAs FOR USA
JONATHAN SACK, ESQ, MARISA PAPENFUSS, ESQ. and THOMAS MCKAY, ESQ. - FOR DEFENDANT

**NATURE OF PROCEEDINGS:**   Status Conference

Status Conference held on the record.
Oral argument on pretrial motions set for June 2, 2026 at 11:00 a.m. in Courtroom 4A.
Scheduling Order to be entered.

*s/ Nicole Ramos*
**DEPUTY CLERK**

TIME COMMENCED:   3:06 p.m.    TIME ADJOURNED:  3:34 p.m.    TOTAL TIME:  28 mins.