UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 24-243 (KMW) |
| v. | ORDER FOR CONTINUANCE |
| DALE CHAPPELL | |

This matter having come before the Court on the joint application of the United States, by Joseph McFarlane, Assistant U.S. Attorney, appearing, David Austin and Jennifer Bilinkas, Trial Attorneys, appearing, and defendant Dale Chappell by Morvillo Abramowitz Grand Iason & Anello P.C. (Jonathan S. Sack and Thomas A. McKay, Esqs., appearing) for an order granting a continuance of proceedings in the above-captioned matter; and the defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1); and the defendant having consented to such continuance and having waived such right; and four prior continuance having been entered; and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1.      This case is an unusual or complex case within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii), in light of the nature of the prosecution and the existence of novel questions of fact or law, such that it is

unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within 70 days.

2.    The Government has produced voluminous discovery in the case, consisting of, among other things, internal corporate communications, trading records, securities filings, and Food and Drug Administration ("FDA") records relating to the review of an Emergency Use Authorization ("EUA") application for a new drug. Additional time is necessary to ensure that, taking into account the exercise of diligence, defense counsel has sufficient time to review and inspect discovery and further investigate the charges in this matter.

4.    As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(ii) and (iv), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this _____ day of March, 2026,

(1)    ORDERED that this action be, and hereby is, continued until June 9, 2026; and it is further

(2)    ORDERED that the period from the date of this order through June 9, 2026 be and it hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq.*

Honorable Karen M. Williams
United States District Judge

Consented to as to form and entry:

*/s/ Joseph McFarlane*
Joseph McFarlane
Assistant U.S. Attorney

*/s/ David Austin*
David Austin
Jennifer Bilinkas
Trial Attorneys

*/s/ Thomas A. McKay*
Jonathan S. Sack, Esq.
Thomas A. McKay, Esq.
Counsel for Defendant Dale Chappell