UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

    -v.-

DALE CHAPPELL,

          Defendant.

Case No. 24-cr-243 (KMW)

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law, the

Declaration of Thomas A. McKay, and the exhibits attached thereto, Dale Chappell, through his

undersigned counsel, respectfully moves this Court before the Honorable Karen M. Williams,

United States District Judge, Mitchell H. Cohen United States Courthouse, 4th and Cooper

Streets, Camden, New Jersey, for an Order:

(1) directing the government to disclose or order *in camera* inspection of the grand jury
minutes pursuant to Fed. R. Crim. P. 6(e)(3)(E)(ii);

(2) directing the government to provide a bill of particulars pursuant to Fed. R. Crim. P.
7(f);

(3) dismissing or consolidating Counts Three, Four, and Five as multiplicitous pursuant
to Fed. R. Crim. P. 12(b)(3)(B)(ii); and

(4) granting such other relief as may be warranted.

Dated: March 27, 2026
      New York, New York

MORVILLO ABRAMOWITZ
GRAND IASON & ANELLO P.C.

By: */s/ Thomas A. McKay*
    Jonathan S. Sack
    Thomas A. McKay
    Marisa A. Papenfuss
    565 Fifth Avenue
    New York, New York 10017
    Tel: (212) 856-9600

*Attorneys for Defendant Dale Chappell*